**UNITED STATES of America**
**Plaintiff–Appellee,**

v.

**Kent Lamarr BOOZE, Defendant–**
**Appellant.**

**No. 03–10940.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 17, 2004.

Renee E. Harris, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

David James Pire, Phillip Craig Gregory, Dallas, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and PICKERING, Circuit Judges.

PER CURIAM.\*

Kent Lamarr Booze pleaded guilty to a one-count information that charged him with aiding and abetting the false representation of a Social Security number. Based on Booze's cooperation, the Government filed a motion for downward departure pursuant to U.S.S.G. § 5K1.1. The district court denied that motion.

Booze appeals the district court's refusal to grant the Government's § 5K1.1 motion for downward departure. We lack jurisdiction over the denial of a downward departure unless the district court mistakenly believed it lacked the authority to depart. *United States v. Yanez–Huerta*, 207 F.3d 746, 748 (5th Cir.2000). The court in this case properly understood the scope of its authority but declined to exercise its discretion to depart. We therefore lack jurisdiction to review its decision. The Government's motion seeking leave to forego filing a brief in this case and its motion for dismissal of this appeal are GRANTED. *See United States v. Landerman*, 167 F.3d 895, 899–900 (5th Cir. 1999).

APPEAL DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.